*per the ~~other~~ postcard I sent you*

**Tanya Delgadillo Nareau** BK# G095437

Name and Prisoner/Booking Number

**estrella Jail Maricopa County Sheriffs Jail Complex**

Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| | |
|---|---|
| ✓ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

SEP 0 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Tanya Delgadillo Nareau** as a class action lawsuit with many othrs my original to include

(Full Name of Plaintiff)

Plaintiff, *six women's complaints 550/555 plus mine*

v.

(1) **Maricopa County Sheriffs office**
(Full Name of Defendant)
(2) **Maricopa County sheriffs Jail complex**
(3) **Active sheriff Paul Pence**
(4) **Correctional Health Services** *Health care system for Maricopa county jail*

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV24-02315-PHX-DGC--CDB**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: **Medical and inhumane Housing**

2. Institution/city where violation occurred: **Estrella Jail Maricopa County Sheriffs office Jails Complex in Phoenix Arizona**

3.

Revised 12/1/23

**550/555**

5) Any unknown or Undiscovered persons, entities, organizations, parties, groups, companies, Facilities or Busineses envolved in this crime and violation, who is Responsible and can be held accountable and/or Responsible for these Violations and crimes and other crimes and violations Related to this one.

6) Former sheriff of maricopa county and its sheriff Jails Joseph Arpio

7) Inmate legal Service officer B0459 (ILS office employee)

8) Inmate legal service officer Badge number B4627 from the maricopa County sheriffs office and Departments

9) Inmate legal service office of the maricopa County sheriffs Department and its offices

**B.  DEFENDANTS**

1.  Name of first Defendant: *Maricopa County Sheriffs office*. The first Defendant is employed as: *The Government office* at *Maricopa County* *Incharge of this Jail complex* *Arizona USA*
    (Position and Title)                          (Institution)

2.  Name of second Defendant: *Maricopa County Sheriffs Jail complex*. The second Defendant is employed as: *The Jail Matrix and complex* at *A Maricopa County* *Arizona* *that house inmates in* *USA* *this facility* (Position and Title)                          (Institution)

3.  Name of third Defendant: *Active sheriff Paul Penzol*. The third Defendant is employed as: *The Sheriff elect for* at *maricopa County* *Maricopa County Arizona* *Arizona* (Position and Title)        (Institution) *U.SA*

4.  Name of fourth Defendant: *Correctional Health services*. The fourth Defendant is employed as: *The provider a medical* at *maricopa County* *services for Maricopa county* *Arizona USA* *Jail Complex* (Position and Title)              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?    ☑Yes    ☐No

2.  If yes, how many lawsuits have you filed? *11*. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: *Tanya Delgadilla Nareau* v. *Gilbert Police Department*
        2.  Court and case number: *Federal 2010 ???*
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) *11 with drew* *from Court and went to serve my prison sentence*

    b.  Second prior lawsuit:
        1.  Parties: *Tanya Delgadilla Nareau* v. *Tempe Police Department and*
        2.  Court and case number: *Federal CV-24-01363-PHX-DGC-CDB) and* *several*
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) *others* *Still pending*

    c.  Third prior lawsuit:
        1.  Parties: *Tanya Delgadilla Nareau* v. *Maricopa County sheriffs office*
        2.  Court and case number: *Federal CV-24-1463-PHX-DGC-CDB) and* *several*
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) *others* *Still pending*

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

5) Name of the fifth defendant <u>any unknown undiscovered persons, entities, organizations parties, groups, companies, facilities or Biusnesses involved in this crime and violation who is Responsible and can be held accountable and/or Responsible for these violations and crimes, and other crimes and violations Related to this one</u>. - The fifth defendant is employed as <u>unknown to me</u> at <u>unknown to me</u>

6) Name of sixth defendant <u>former Sheriff Elect Joseph Arpio</u>. The sixth defendant is employed as <u>The Sheriff before Paul Penzone that did not take care of this Situation when it was first brought to The Governments attention at maricopa county sheriffs in Arizona. U.S.A</u>

7) Name of the seventh defendant <u>ICS officer Badge # 130459 from Maricopa county sheriffs office</u>. The seventh defendant is employed as one of the sheriffs employees that

are always tampering with my federal court cases. Refusing me service. And refusing me admission into the U.S Federal courthouse. This specific case is not the only case officer B0459 refused to submit into court. The officer has refused several other of my cases also. And the officer Reads and Tampers with my cases also. This is a Federal offense. and I want the officer arrested, sanctioned, prosecuted and sued. at maricopa county sheriffs jail office in Phoenix Arizona

8) Name of the Eighth Defendant Inmate legal services officers Badge Number B4627. The eighth defendant is employed one of the maricopa county sheriffs offices and Department employees. that keep denying me access to the united states Federal refusing to allow this case and several

other cases to be delivered and/or filed in
U.S. Federal court at Phoenix Arizona U.S.A.

9) Name of the Nineth Defendant Inmate
legal Services office of the Maricopa County
sheriff's offices and Department of Arizona
The Nineth defendant is employed as
The office of the Maricopa County Sheriff's
Department and offices that keep denying
me access into the united states Federal
court for this case and several other cases
at Phoenix Arizona U.S.A.

4) Fourth Lawsuit

1) parties: Tanya Delgadillo Nareau V. Maricopa County Sheriffs office, and many others

2) court and case Numbers: Federal CV-24-01404-PHX-DGC-(CDB)

3) Results: Still pending

5) fifth Law suit

1) parties: Tanya Delgadillo Nareau v. Gilbert Police Department and several others

2) courts and case Numbers: Federal CV-24-???

3) Results: Still pending

6) Sixth prior Lawsuit

1) parties: Tanya Delgadillo, Nareau vs Tempe police Department and several others

2) court and case numbers: Federal CV-24-???

3) Results: Still pending

7) Seventh prior Lawsuit:

1) parties: Tanya Delgadillo Nareau Maricopa county Sheriffs jail LBJ Intake Location and several others

page 2C

2) Courts and Case Number: Federal CV-24-???

3) Results: still pending

H) Eighth prior Lawsuit

1) parties Tanya Delgadillo Nareau vs.
Jesus Osvaldo Manchao Hernandez
and Several others

2) Courts and Case Numbers: Federal
CV-24-???

3) Results: Still pending

I) Nineth prior Lawsuit

1) parties: Tanya Delgadillo Nareau vs
Mesa Police Department and Several
others

2) courts and Case Numbers: Federal CV-24-??

3) Results: Still pending

J) Tenth prior Law Suit

1) Parties: Tanya Delgadillo Nareau vs. Probation
officer Gabriel P and several others

2) courts and case numbers: Federal
CV-24-???

3) results: still pending

1) Eleventh prior Lawsuit
   1) parties: Tanya Delgadillo Nareau vs-
      former Sheriff elect of maricopa
      County Arizona Joseph Arpio and
      several others
2) court and case Numbers: Federal
   CV-24 ???
3) Results: Still pending

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _Inhumane housing_
_unsanitary conditions Putting active black mold wet_
_chemicals, Bad medical, inay quality under Bivens and the_ _medical_
_cases he_
2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts. _won in_
_federal_
☑ Basic necessities          ☐ Mail              ☐ Access to the court      ☑ Medical care          _court_
☑ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☑ Retaliation
☑ Excessive force by an officer ☑ Threat to safety ☑ Other: _Inhumane housing_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_According to Prior litigations hold Regarding Maricopa_
_county Jail complex Estrella Jail location it states_
_that the Black mold infestation is hazardous to_
_Human Health and is an active live parasite that can_
_procreate inside of a Human body and use the live_
_that body for growth Just like any other Funji would_
_Bulay Jail and Higher. Some people have gone as_
_far as to say Estrella should be condemned. In_
_the Pain Firm Lerner and Rowe Cases the inmates_
_were getting a payout a 250 to 310 dollars per day_
_after a mandatory 30 day minimum stay in one of_
_the Maricopa County Sheriffs Jail that does have a_
_Black mold infestation. I have a conflict of interest_
_with the law firm Lerner and Rowe they are featured_
_as a defendant in one of my cases. I believe it is_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_My Health has decreased and I have become_
_Sick more often my immune system is diminishing_
_and it an I actually having to go to medical and_
_This is a class action case for others effected also_
5. **Administrative Remedies:** _by this black mold infesting._
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☑ Yes      ☐ No
   b. Did you submit a request for administrative relief on Count I?          ☑ Yes      ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes      ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Because there are Prior litigations in_
_federal court over the years (and decades_
_that have already won) this litigation in_
_federal court_

3

page 33                    supporting facts                    page 3-3

Case Number CV-24-01403-PHX-DGC-(CDB) or CV-24-01404-PHX-DGC-(CDB) that's why I am not filing through that a Law firm and I am starting my own class action with my own Attorney Mr. Christiansen from the ACLU Arizona chapter Phoenix office. That was Mr. Christiansen at the American Civil Liberties union from the Phoenix Arizona office and chapter. Mr Christiansen will represent myself and all other plaintiffs in and on this class action law suit now and in the future. Mr. Christiansen is my Attorney and in this case and several others. Including a case number CV-24-01303-PHX-DGC-(CDB) where I had asked for the financial compensation as part of my Relief I was asking for. That case has to do with my unlawful detainment that I am currently being held on Right now CR-2018-133000 which is a misdemeanor DUI probation violation case that I time maxed out on back in 2018 before I went to prison and was unlawfully detained there for more than my 85% Arizona state mandate for prisoners

on my 6.5 year sentence. That was attat
ched to this DUI that I did a maximum
of six month in county jail sentence
on before I left for prison in january
of 2019. I had tasked for my financial
relief to retrograde through my whole
lifetime of incarceration here at maricopa
county sheriff's jail complex I only have
one body. Black mold is a parasite and
a fungi. And for medical bills and any
and all ailments, diseases, and threats
of them. My dates of Incarceration at
maricopa county sheriff's jails complex
Estrella Jail Location are 2000, 2001-
2002, 2003, 2010-2011, 2016-2017, 2018-2019, 2024. And
I entered evidence samples in another
case that is pending in federal court. I
do not have the case number back to
me yet but it does feature defendant
Intake Booking officer 1979 from the
LBJ Location from the maricopa
county sheriff's jail complex I submitted
a tooth breesh, and some pieces of cotton
from the inside of a women's maxi pad.

for the Record correctional health services
ignore a lot of health service Request. I
alone have had at least 3 or 4 Health
Needs Request ignored since I've been
here on this stay in 2024. And for the
Record I am still waiting to go to the
"clinic" as the Nurse put it for a growth
under my first toe nail growing out from
under my nail on my Right side and
my left side the toe nail is the same
way the Right one started. When I
was housed in the hole in C103 in
the end of may beginning of June the
Nurse came to take Digital pictures
of my toes and these Tumor looking
growths and said I would be going to
the clinic soon. I request my attorney
to speed it up and give me help and
intervention on this medical procedure
if I need it, just like the ACLU and
Mr christiansen helped me back in
2011 at perryville womens prison in
Arizona when he got me the Hot
cold Radiation scan and treatment

for my thyroid nodules and goiters that I was denied treatment or monitoring at Estrella Jail during the 2010 arrest and Detainment here in Maricopa County Sheriff's Jail complex. Even though I was seeing a specialist outside of jail and prison. An Endocrinologist named Dr. Biesbroc in East Mesa off of Power Road (by the Banner Baywood Hospital. Mr. Christianses my current and former Attorney from the Arizona Phoenix office ACLU even got me new Biopsies, ultra sounds, and Cat Scans that showed 7 new growths Bilaterally in my throat AKA Thyroid During the time of my incarceration from the time of my arrest to the time of my interventions when I recieved the Radioactive Cat scan Hot cold scan search for tumors in my body in 2011. I originally only had one Right side Thyroid growth. Not 7 Bilaterally that only took one and a half years to grow to growths

Do to the Behavior of Officer Badge #
B0459 of inmate legal services which I
must add this officer shows great prejudice
against me, my lawfirm of choice the Phoenix
Arizona office of the ACLU. The American Civil
Liberties Union, and my Attorney Mr Chris-
tiansen at the Phoenix Arizona ACLU
office. I must add the other plaintiffs
into my case this way manually. And
must let it be known that about 20 other
women have filed on this class action
lawsuit also since the first time I tried
to submitt it into the U.S Federal Court
at the Sandra Day O'connor U.S.
Federal Courthouse at 401 W. Washington
St. Suite 130 SPC 1, Phoenix Arizona 85003.
Though I am Tanya Delgadillo
Nareau and I am a Political prisoner.
Please see my other Court cases for
proof of this. At the U.S. Federal

courthouse, you can even check the cases listed in this case also. CV-24 01363, CV-24-01404, and CV-24-01403. and you will see I am a political prisoner here in Arizona. This is the list of the original six women that filed with me in this class action lawsuit. which I tried to submit hard evidence. A toothbrush with Black mold on it from the airvent above my Bed at F120 and a cotton ball from that same vent that proved chemical warfare. But officer Badge number B0459 refuses to allow me to submitt my evidence. That vent is plugged with cotton Balls the inside of Maxi pads. for our comfort and protection. It's been that way for years. I request the the U.S. Federal court send an officer of the court or an officer of the United States Federal court Magistrate to collect a sample specifically from the Bed I was in where I specifically got my sample from for court. FDorm Bed 120

Page 33

Supporting Facts

otherwise knowing as F120. And submitt that into court as evidence. And have the U.S. Federal court's Magistrate's law team or legal team Do a Chemical and Biology Analysis on Both items. The Chemical coming out of the vent US Female inmates are being sprayed with and contaminated with. And also test the parositical Fungi Black mold also located in that vent and in other places. I officially Request the suppeana and the ~~sub~~ summons from the U.S. Federal court to Retrieve Black mold Fungi samples from the vent above Bed # F120 at Estrella Jail in Maricopa County Sheriffs office jail complex. And also chemical Saturated cotton from the same vent above Bed Number F120 at Estrella Jail in Maricopa County Sheriffs office Jail complex. Here is the list of the six original women who filed with me in this class action lawsuit. Please push it through with out any further Delays I Request of you United states Federal court at the Phoenix

Arizona location Sandra Day O'Conner U.S.
Federal Courthouse. The U.S Federal Courthouse
is the highest jurisdiction in this Country
the United States of America. my information
and Dates are listed already in this court
case and lawsuit. But I will list them
again for the Courts pleasure and it's ease.

I am Tanya Delgadillo Nareau BK# G095437
my Dates are 2000, 2001, 2002, 2003, 2010, 2011,
2016, 2017, 2018, 2019, 2024. Not all the dates
are arrest Dates some are dates that flow
over from the arrest date into the Next year.

Carissa Lizette Rojas BK# G102882
Her dates are 2011, 2012, 2017, 2018, 2021, 2022,
2023, 2024  Is currently pregnant.

Alexis Josette Herrera BK# G099628
Her Dates are 2023, 2024

Natalie J Harrington BK# G101617
Her dates are 2023, 2024

Sonya Blackburn BK# G097129
Her Dates are  sheriffs officer lost the sheet
for this inmate U.S. Federal court will have
to look up her info. Since I can no longer

provide it to the court the inmate is in
a different dorm than me now.
Cecily Fatty BK# G103144
 Her dates are 2023, 2024

Margaret Mary Fisher BK# G101170
 Her dates are 2024

and that is all of them though there are
 20 others or so and there will be more
filing under this case some names are

Jessica Gonzales
Melissa Haskey
Jill Boyles
 2 Santamaria

Erica Martinez
and others who's names I either do not
know or have forgotten. And there will be
more it's a class action lawsuit for all jails
in maricopa county sheriffs jails complex and
thier inmates being effected by these chemicals
and the Black mhold infestation. They all need
to get thier filing fees reversed. They should
be covered under my class action lawsuit

filing fee. And this is Retaliation that officer BO459 at the inmate legal services office is trying to force other inmates for a filing fee I have taken Responsability of as a class action lawsuit. In an attempt to make enemies for me. Perhaps the officer hopes some sort of violence will fall upon my head or body or family. Since these inmates trust me. And Sheriff Paul Penzoe's employee is trying to give each inmate a $500.⁰⁰ Dollar Debt with the federal court each with me as the Reason, the cause, and the Blame. This is illegal for an officer of the law to committ this crime, to create this debt, and to hope for further violence into the lives of me, my children and my family after everything else that we already survived. Please check all of my other U.S. Federal court cases that can confirm this for the U.S. Federal court. Check evidence exhibit B for officer BO459 ILS form. to me. The officer does it in other cases also.

~~six~~ ~~six~~ ~~seven~~ Other Participants
in my class action Law
suite and case Thier
550/555 and Forma paupers
to fall under my case. It is
a Piggy Back Styled Case-
That will be Represented by
Attorney MR Christiansen at
the Phoenix Arizona American
civil Leberties union. Thier names
are
mine is Tanya Delgadillo Nareau BK# G095437
Carissa Lizette Rojas BK# G102882
Alexis Josette Herrera BK# G099628
Natalie J Harris BK# G101617
Sonya Blackburn BK# G097129
Cecily Fatty BK# G103144
margaret mary Fisher BK# G101170

H138

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

n

**# OF PAGES ATTACHED:** _____

Last Name (Apellido) NAREAU  First Name (Primer Nombre) TANYA

Booking # (Numero de Registro) G0954437  Date of Birth (Fecha de Nacimiento) 1-17-16

Jail (Cárcel) Estrella  House (Casa) & Cell (Celda) ATAS H138  Current Date (Fecha de Hoy) 7/2/24

☐ **PRO-PER**  ☑ **PRO-SE**

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # CR2018-133006
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # 2020 X7 ill L
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

### CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☑ Court Filings (Archivar)
☑ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☐ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____ (Notario)

**I.L.S.**
REC'D  JUL 05 2024
RET'D  JUL 11 2024

### PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)
Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

ACLU
Christiansen

1) I need 5 copies two and the original to be filed
2) and Delivered to the U.S. Federal Courthouse Sandra
3) Day O'Connor U.S. Courthouse 401 W. Washington St
4) Suite 130 SPC 1 Phoenix Az 85003. I need one packet
5) to go to The American Civil Rights and Civil liberties
union and one copies to be sent to me here in Jail

Inmate's Signature (Firma del Recluso) T Nareau

Officer's Signature & Serial # H-8981

Time and Date Rec'd 1308 7/3/24

### DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

Clarify request. ILS will mail original complaint with two copies to the USDC Court. You will need to write your complaint at least half an inch away from all the edges of the page as the copier will cut the letters off.
ILS will not mail it to ACLU; you will need to mail it yourself.
ILS does not file the class action lawsuit; you may mail it to the court yourself or have family members or friends to mail it for you.

| Action | Returned – 76 page(s) |
|---|---|
| Document | Civil rights complaint by a prisoner |
| Where | I/M |
| Party | |

5000-060  R5-19  96636-212

B0459

# Evidence

## Exhibit ~~#~~ B

sheriffs employees officer B0459
from inmate legal services. Sent back
my civil Right complaint again
with a new reason for not filing
my paperwork today is July 31, 2024
I made an alteration in my
case to try to push ~~&~~ my case
forward into the level of Submitted
into US. Federal court at
Sandra Day O'connor U.S. Federal
courthouse in Phoenix Arizona
and again on 8/7/2024

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**n**

# OF PAGES ATTACHED: _____

Last Name (Apellido) _NARDAO_    First Name (Primer Nombre) _Tanya_

Booking # (Numero de Registro) _P095437_    Date of Birth (Fecha de Nacimiento) _1-17-76_

Jail (Cárcel) _Estrella_    House (Casa) & Cell (Celda) _H138_    Current Date (Fecha de Hoy) _7/15/24_

☐ **PRO-PER**    ☐ **PRO-SE**

Criminal CR # _____ (# Del Caso Criminal)

Justice/Municipal Court # _____ (# Justicia/Tribunal Municipal)

CR Attorney _____ (Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____ (# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____ (# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____ (# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☑ Court Filings (Archivar)
☑ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☐ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____ (Notario)

**I.L.S.**
REC'D    JUL 16 2024
RET'D    Jul 29, 2024

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) I Need 3 copies made 2 and the original to be
2) filed and delivered to the Federal Courthouse, Sandra
3) Day O'Conhor U.S. Courthouse 401 W. Washington St.
4) Suite 130 SPC1 Phoenix AZ 85003 and one
5) copy to myself here at Estrella Jail

Inmate's Signature (Firma del Recluso) _T Nardael_

Officer's Signature & Serial # X B5 925

Time and Date Rec'd 0010 7/16/24

**DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY**
**(NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)**

Clarify request. ILS will not file a class action, and all other six women will have to file their own complaints.

| Action | Returned – 77 page(s) |
|---|---|
| Document | Civil Rights Complaint by a Prisoner |
| Where | I/M |
| Party | |

B0459

n

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**# OF PAGES ATTACHED:** _____

Last Name (Apellido) _Nareau_
First Name (Primer Nombre) _Tanya_

Booking # (Numero de Registro) _P095437_
Date of Birth (Fecha de Nacimiento) _1-17-76_

Jail (Cárcel) _Estrella_
House (Casa) & Cell (Celda) _#138_
Current Date (Fecha de Hoy) _7/31/24_

☐ **PRO-PER**       ☐ **PRO-SE**

Criminal CR # _____
(# Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☑ Court Filings (Archivar)
☐ Legal Forms (Formularios Legales)

☑ Delivery of Documents (Entregar)
☐ Mailing (Envió Por Correo)

☐ Legal Supplies (Artículos Legales)
☐ Notary-specify type of document

☐ Legal Research (Investigación Legal)
_____(Notario)

**I.L.S.**
REC'D _Aug 0 2 2024_
RET'D _Aug 5, 2024_

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) I Need 3 Copies made 2 and the original to
2) be filed and Delivered to the U.S. Federal Court
3) house at Sandra Day O'Connor 401 W. Washington
4) St. suite 130 SPC I. Phoenix Arizona 85003 and
5) one copy to be Returned back to me here at
Estrella Jail.

Inmate's Signature (Firma del Recluso) _T Nareau_
Officer's Signature & Serial # _Joe 8444_
Time and Date Rec'd _8-1-24 0555_

### DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

Clarify request. ILS will not file a class action lawsuit and will file for one plaintiff. You will need to include page 4 and page 5 as a complete complaint.

| Action | Returned – 34 page(s) |
|---|---|
| Document | Civil Rights Complaint by a Prisoner sent. |
| Where | I/M |
| Party | |

The copier is unable to copy the letters written on the edges of the pages.

B045

# Evidence

## Exhibit C

August 12, 2024 This Civil Right Complaint about six other Civil Rights Complaints were Returned to me undelivered and also unfiled. I had decided not to ask for Copies and to have the case Delivered to the Court directly to be filed there Per a Post Card I wrote to the United States Federal Court and once again I was Refused access to the Court in this case and six others By officer Badge number B4627 of The Maricopa County Sheriffs offices and Department in Arizona USA

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

# OF PAGES ATTACHED: _____

Last Name (Apellido) _Nareau_

First Name (Primer Nombre) _Tanya_

Booking # (Numero de Registro) _(P09543?_ Date of Birth (Fecha de Nacimiento) _1-17-76_

Jail (Cárcel) _Estrella_ House (Casa) & Cell (Celda) _#138_ Current Date (Fecha de Hoy) _8/6/24_

☐ PRO-PER

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

☐ PRO-SE

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☐ Court Filings (Archivar)
☑ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☐ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____ (Notario)

I.L.S.
REC'D ~~AUG 0 8 2024~~
RET'D _____

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas. No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) I need this Delivered to Federal Court Judge
2) David Campbell at Sandra Day O'connor U.S.
3) Federal Courthouse 401 W. Washington st
4) Suite 130 SPC 1 Phoenix Arizona 85003
5) _____

Inmate's Signature (Firma del Recluso) _T. Nareau_

Officer's Signature & Serial # _BS832_

Time and Date Rec'd _____

### DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

| Action | RETURNED over 100 pages |
|---|---|
| Document | 550/555 |
| Reason | You will need to write your complaint at least half an inch away from all the edges of the page as the copier will cut the letters off. |

**Thank You B4627**

5000-060   R5-19  96636-212

### E.  REQUEST FOR RELIEF

State the relief you are seeking: We and We are Requesting that our financial compensation be placed on our books. for those a US filling Prism Custody. That is our Inmate books o Inmate Banking. on our Inmak spendable accounts. For Instant disbursement to us. And Instant compensation- checks and payments from Court Such as a Restitution

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 2, 2024
　　　　　　　　DATE

Tanya Nareau
SIGNATURE OF PLAINTIFF
Tanya Delgadillo Nareau

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

payment usually come from the clerk of the court which makes them legal government check. Relief being sent to us from the federal clerk of the court makes it a Federal Government check that can be deposited on our inmate banking/financial accounts aka books or inmate books just like any other Federal Government Relief issued check such as a Stimulus check or child support. For people filing outside of inmate custody. I would like the federal courts to dispurse the whole amount of compensation and Restitution to those people just as I would want it done for the people in custody being inmates and for myself also who is also currently an inmate too at Maricopa county Sheriffs Jails complex at the Estrella Jail Location. I personally request out of state court because of the prejudice I recieve personal prejudice I recieve in Arizona. Via Law Enforcement, judiciary system, Legislation, and other government and non Government officials in and outside of Arizona

BUT I want this Class action Case/Law suite to be held in Phoenix Arizona at the Sandra Day O'Connor Federal Court House at 401 W Washington St Phoenix Arizona 85003 I and we the people want compensation for all 9 times that I and we have been housed here at Estrella Jail and other Maricopa County Sheriffs Jails Complex Locations award for the $250 - $310 a day Compensation or whatever the money Award amount is at now days I also want Attorney and MR. Christiansen from the Arizona Chapter of the ACLU Phoenix office to Represent me and the others in this Class action Lawsuit and Case. That is The American Civil Rights and Civil Liberties Union AKA The American Civil Liberties Union AKA ACLU. I want Legal Compensation for my Attorney MR Christiansen. I also want Financial Compensation for all Legal Fees including attorney fees, para Legal fees, and filing fees that can be awarded me through this Case. I also Request all available Financial Compensation for Stress, Anxiety

worry, medical visits, medical bills, and any other emotional, physical, medical Dietary, and psycological effects this inhumane stay at Maricopa county sheriffs jails complex at Estrella jail location and any other location for the others may have caused me and us. I request that the Federal court supeana all Necessary files, being medical, psycology, Dietary, financial, Time comps, grivances, inmate Request and inmate Legal Request. The court will need for each individual in this case myself included. I also reserve the Right for my and our Attorney for this class action suit MR Christiansen from the Arizona Civil Liberties Union AKA ACLU from [American] The Phoenix Arizona office P.O. BOX 17148 Phoenix Arizona 85011 phone Number (602)252-3432 to bring up anything on mine and/or the other plaintiffs behalf in court at anytime during the proceedings

B0459

I request that Inmate legal service officer Be fired, removed from office and position. I request that officer B0459 of ILS office Be sanction, Arrested, prosecuted, and sued. I want financial compensation for the criminal Harrassment this officer does against me in this case and in other cases. Also the officer is guilty of obstruction of justice. This officer is criminal against me and prejudice. probably if you held interview with this officer you would find some malice in them in regards to me or my family. Perhaps this officer is a member of one of the enterprises I complain about in my other federal court cases. I also Request Not only financial compensation for myself But also financial award and Relief. And I also Request financial Relief, award, and compensation to all of the women. # who filed with my class action lawsuit and men too who list as part of Tanya Delgadillo Narvail Bk#G095437 class action lawsuit for the Black mold infestation in the Plaintiff section of the civil Rights

complaint packet to the federal court
and if someone else applied to it similar
to list my name as Tanya Nadeau without
my middle name & Delgadillo it works. and if NO
Booking number 6095437 it still works also
they are still part of my class action lawsuit
which I have my attorney mr christiansen
of the Phoenix Arizona ACLU office as the
attorney listed for that case. which is this
case. I also want all the inmates and
Non inmates that got charged filing fees
out of thier inmate accounts or Bank account
or cash or other things to be Reinbursed right
back to them immediately even before this
case settles. The sheriffs office and its
employees used these individuals as collateral
Damage against me for a hate and prejudice they have
against me. I am a Political Prisoner. And
I am a Mexican American Female. I
want these people to Recieve financial
Award, compensation, and Relief for being
used as pawns in a witch Hunt and
prejudice and persecution that this county
and this state Arizona and some of this

country government officials have against me. Please see all my federal court cases to see my life's experience so far. I am only 48 and it's been many many years and Decades to get to now. I am a Victim and I am being held and treated like a Political Prisoner in the state of Arizona. I reserve the Right for my attorney Mr. Christiansen from the Phoenix arizona ACLU office to bring up anything and everything on all of our Behalfs not just I or those six original women. But the other men and women who file after us. And for Mr. Christiansen to bring up anything and everything at any time. Next I Request the U.S. Federal court bring up anything that it sees in this case and list and Document it. As I am Not trained in the law and the U.S. Federal court and my attorney are. And the U.S. Federal court is the highest level of Jurisdiction in this country. The United States of America. I also Request the federal court grant any other Reliefs, awards compensations and other things Financial

page requesting relief page 6E and Not financial that it sees. Available in this case.